FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR -4 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 4:10CR 00065 BSM |
| | ) |
| v. | ) 18 U.S.C. § 4 |
| NORMAN BERRY, aka TRASH MAN, aka HACKSAW, | ) 18 U.S.C. § 922(g)(1) |
| PAUL PAULMAN, | ) 18 U.S.C. § 924(c) |
| AMANDA BERRY, | ) 18 U.S.C. § 924(e) |
| CHRIS BERRY, aka ROCK, aka RE-ROCK, | ) 18 U.S.C. § 2 |
| RECHO BERRY, | ) |
| MARK CALHOUN, | ) 21 U.S.C. § 846 |
| SHELBY CALHOUN, | ) 21 U.S.C. § 841(a)(1) |
| ROBERT CAWTHORNE, aka SONNY, | ) |
| BARRY DEVORE, | ) |
| BENJAMIN EANS, aka BIG BEN, | ) |
| STEVEN EDWARDS, aka STINGER, | ) |
| TODD FETTERS, | ) |
| ANDREW HORN, aka DREW, | ) |
| JAMES HOUGHTLEN, | ) |
| JOSEPH LEWIS, aka LIL JOE, | ) |
| TABATHA MCCOY, | ) |
| RAY MCVAY, aka LIL RAY, | ) |
| DARBIN MOYE, aka BUEL MOYE, | ) |
| MARIO OLIVER, aka O, aka LIL O, | ) |
| CINDY PAULMAN, | ) |
| RICKY PLUMMER, aka TENNESSEE, | ) |
| RAE PUTT, aka RAE WEBB, | ) |
| ALBERT RAMIREZ, | ) |
| COREY ROBINSON, | ) |
| JAMES ROBINSON, aka RICHIE, | ) |
| KEITH ROBINSON, aka KJ, | ) |
| GUSTAVO RODRIGUEZ-CONTRERAS | ) |
| JEREMY TALLENT, | ) |
| JAMES THOMPSON, aka FLAT HEAD, | ) |
| JAMES TRACY, and | ) |
| SUSAN WINKLER. | ) |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

Beginning in or about January 2003, and continuing through in or about December 2009, in the Eastern District of Arkansas, and elsewhere,

NORMAN BERRY, aka TRASH MAN, aka HACKSAW,
PAUL PAULMAN,
AMANDA BERRY,
CHRIS BERRY, aka ROCK, aka RE-ROCK,
RECHO BERRY,
MARK CALHOUN,
SHELBY CALHOUN,
ROBERT CAWTHORNE, aka SONNY,
BARRY DEVORE,
BENJAMIN EANS, aka BIG BEN,
STEVEN EDWARDS, aka STINGER,
TODD FETTERS,
ANDREW HORN, aka DREW,
JAMES HOUGHTLEN,
JOSEPH LEWIS, aka LIL JOE,
TABATHA MCCOY,
RAY MCVAY, aka LIL RAY,
DARBIN MOYE, aka BUEL MOYE,
MARIO OLIVER, aka O, aka LIL O,
RICKY PLUMMER, aka TENNESSEE,
RAE PUTT, aka RAE WEBB,
ALBERT RAMIREZ,
COREY ROBINSON,
JAMES ROBINSON, aka RICHIE,
KEITH ROBINSON, aka KJ,
GUSTAVO RODRIGUEZ-CONTRERAS,
JEREMY TALLENT,
JAMES THOMPSON, aka FLAT HEAD, and
JAMES TRACY,

defendants herein, conspired and agreed with each other, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and to distribute in excess of 500 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance, and in excess of 100 kilograms of a mixture and substance containing marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about October 29, 2008, in the Eastern District of Arkansas, and elsewhere,

JAMES HOUGHTLEN,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, to wit:

1. On April 6, 1981, in Prairie County Circuit Court, Des Arc, Arkansas, in Case Numbers 80-31 and 80-32, burglary and theft of property;

2. On February 2, 1987, in Prairie County Circuit Court, Des Arc, Arkansas, in Case Numbers 86-24 and 86-25, burglary and theft of property;

3. On October 3, 2001, in Hot Spring County Circuit Court, Malvern, Arkansas, in Case Number CR-1998-13-1, possession of a controlled substance;

knowingly possessed a firearm, in and affecting interstate commerce, namely, a Remington single shot 20 GA shotgun, serial number 04093613R;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

### COUNT THREE

On or about January 29, 2009, in the Eastern District of Arkansas, and elsewhere,

PAUL PAULMAN,

defendant herein, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, namely, approximately 21.8 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT FOUR

On or about January 29, 2009, in the Eastern District of Arkansas, and elsewhere,

RAE PUTT, aka RAE WEBB,

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, approximately 21.8 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

On or about January 29, 2009, in the Eastern District of Arkansas, and elsewhere,

NORMAN BERRY, aka TRASH MAN, aka HACKSAW, and
AMANDA BERRY,

defendants herein, NORMAN BERRY previously been convicted of a crime punishable by a term of imprisonment exceeding one year, to wit:

1. On February 22, 1994, in Prairie County Circuit Court, Des Arc, Arkansas, in Case Number CR-89-16, for breaking or entering;

2. On February 22, 1994, in Prairie County Circuit Court, Des Arc, Arkansas, in Case Number CR-93-45, for battery 2nd;

3. On May 3, 1994, in Lonoke County Circuit Court, Lonoke, Arkansas, in Case Number CR-92-95, for possession of a firearm by a certain person;

4. On August 20, 2004, in Prairie County Circuit Court, Des Arc, Arkansas, in Case Number CR-04-06, for two felony aggravated assaults;

5. On October 18, 2004, in Prairie County Circuit Court, Des Arc, Arkansas, in Case Number CR-04-16, for felony possession of a controlled substance, possession of a controlled substance with intent to deliver, and possession of drug paraphernalia;

aided and abetted by AMANDA BERRY, knowingly possessed a firearm, in and affecting interstate commerce, namely, a Bryco Arms, Model 380, .380 caliber semi-automatic pistol, serial number 228519; a Smith and Wesson, Model 4006TSW, .40 caliber semi-automatic

pistol, serial number VJE723; and a Norinco, Model 213, 9mm caliber semi-automatic pistol, serial number 715266;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(e), and 2.

### COUNT SIX

On or about March 2, 2009, in the Eastern District of Arkansas, and elsewhere,

JOSEPH LEWIS, aka LIL JOE,

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, approximately 11 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT SEVEN

On or about April 9, 2009, in the Eastern District of Arkansas, and elsewhere,

MARK CALHOUN, and
PAUL PAULMAN

defendants herein, aiding and abetting each other, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, namely, approximately 12 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 2.

## COUNT EIGHT

On or about April 9, 2009, in the Eastern District of Arkansas, and elsewhere,

RICKY PLUMMER, aka TENNESSEE,

defendant herein, possessed with intent to distribute a controlled substance, namely, approximately 5.5 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

On or about April 13, 2009, in the Eastern District of Arkansas, and elsewhere,

NORMAN BERRY, aka TRASH MAN, aka HACKSAW,

defendant herein, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, namely, approximately .9 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN

On or about April 16, 2009, in the Eastern District of Arkansas, and elsewhere,

JAMES TRACY,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, to wit:

1. On August 28, 2001, in St. Francis County Circuit Court, Forrest City, Arkansas, in Case Number CR2000-602, for possession of a controlled substance;

2. On March 17, 2003, in Craighead County Circuit Court, Jonesboro, Arkansas, in Case Number CR2002-480, for possession of a controlled substance;

knowingly possessed a firearm, in and affecting interstate commerce, namely, a Benelli 12 GA shotgun, serial number U192668;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT ELEVEN

On or about April 17, 2009, in the Eastern District of Arkansas, and elsewhere,

PAUL PAULMAN,

defendant herein, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, namely, approximately 3.9 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWELVE

On or about April 17, 2009, in the Eastern District of Arkansas, and elsewhere,

CINDY PAULMAN,

defendant herein, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, distribution and possession with the intent to distribute a controlled substance, namely, approximately 3.9 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1), did conceal and did not as soon as possible make known the same to some judge or other person in civil authority under the United States;

In violation of Title 18, United States Code, Section 4.

## COUNT THIRTEEN

On or about April 27, 2009, in the Eastern District of Arkansas, and elsewhere,

PAUL PAULMAN,

defendant herein, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, namely, approximately 3.4 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOURTEEN

On or about April 27, 2009, in the Eastern District of Arkansas, and elsewhere,

NORMAN BERRY, aka TRASH MAN, aka HACKSAW,

defendant herein, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, namely, approximately .4 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIFTEEN

On or about April 27, 2009, in the Eastern District of Arkansas, and elsewhere,

NORMAN BERRY, aka TRASH MAN, aka HACKSAW, and
AMANDA BERRY,

defendants herein, NORMAN BERRY having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, aided and abetted by AMANDA BERRY, knowingly possessed a firearm, in and affecting interstate commerce, namely, a Norinco 7.62x39 caliber rifle, serial number 3-1504888;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(e), and 2.

## COUNT SIXTEEN

On or about April 27, 2009, in the Eastern District of Arkansas, and elsewhere,

NORMAN BERRY, aka TRASH MAN, aka HACKSAW,

defendant herein, knowingly possessed a firearm, namely, a Norinco 7.62x39 caliber rifle, serial number 3-1504888, in furtherance of a drug trafficking crime for which he may be

prosecuted in a court of the United States, namely, a violation of Title 21, United States Code, Section 841(a)(1), as further set forth in Count Fourteen of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT SEVENTEEN

On or about May 28, 2009, in the Eastern District of Arkansas, and elsewhere,

PAUL PAULMAN,

defendant herein, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, namely, approximately 14.1 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT EIGHTEEN

On or about June 8, 2009, in the Eastern District of Arkansas, and elsewhere,

STEVEN EDWARDS, aka STINGER,

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, approximately 110.6 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINETEEN

On or about June 17, 2009, in the Eastern District of Arkansas, and elsewhere,

NORMAN BERRY, aka TRASH MAN, aka HACKSAW,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, in and affecting interstate commerce, namely, a Mossberg 12 GA shotgun, serial number G889731; and a Stevens 410 GA shotgun, serial number C997153;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT TWENTY

On or about July 8, 2009, in the Eastern District of Arkansas, and elsewhere,

NORMAN BERRY, aka TRASH MAN, aka HACKSAW,

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, approximately 25.75 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-ONE

On or about July 8, 2009, in the Eastern District of Arkansas, and elsewhere,

NORMAN BERRY, aka TRASH MAN, aka HACKSAW, and
SUSAN WINKLER,

defendants herein, NORMAN BERRY having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, aided and abetted by SUSAN WINKLER, knowingly possessed a firearm, in and affecting interstate commerce, namely, a Remington Model 597 rifle, serial number 2993930M; a Ruger model 10-22 rifle, serial number 12582968; a .22 caliber rifle, serial number 0155847; a Remington model 110, 12GA shotgun, serial number P088281V; a Winchester 12GA shotgun, serial number 11AMW08460; a Mossberg model 88 12GA shotgun, serial number MV55021; a Remington model 742 rifle, serial number 7390360; a Remington model 742 rifle, serial number A6930592; a Remington model 870 12GA shotgun serial number AB174489M; a Savage model 110 270 caliber rifle, serial number G228612; a rifle, serial number F13483; a Winchester .22 caliber rifle, serial number B982601; a Ruger model M77 rifle, serial number 783-79540

In violation of Title 18, United States Code, Section 922(g)(1), 924(e), and 2.

## COUNT TWENTY-TWO

On or about July 16, 2009, in the Eastern District of Arkansas, and elsewhere,

JAMES TRACY,

defendant herein, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, namely, approximately 27 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-THREE

On or about July 23, 2009, in the Eastern District of Arkansas, and elsewhere,

MARK CALHOUN,

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, approximately 3.3 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-FOUR

On or about July 28, 2009, in the Eastern District of Arkansas, and elsewhere,

JAMES TRACY,

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, approximately 27.8 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-FIVE

On or about July 28, 2009, in the Eastern District of Arkansas, and elsewhere,

PAUL PAULMAN,

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, approximately 8 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWENTY-SIX

On or about July 28, 2009, in the Eastern District of Arkansas, and elsewhere,

PAUL PAULMAN,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, to wit:

On August 20, 1996, in St. Francis County Court, Forrest City, Arkansas, in Case Number CR-94-341, for possession of a controlled substance with intent to deliver; knowingly possessed a firearm, in and affecting interstate commerce, namely, a Raven 25 caliber semiautomatic pistol, serial number 1800986;

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWENTY-SEVEN

On or about July 28, 2009, in the Eastern District of Arkansas, and elsewhere,

PAUL PAULMAN,

defendant herein, knowingly possessed a firearm, namely, a Raven 25 caliber semiautomatic pistol, serial number 1800986, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, a violation of Title 21, United States Code, Section 841(a)(1), as further set forth in Count Twenty-Five of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT TWENTY-EIGHT

On or about July 28, 2009, in the Eastern District of Arkansas, and elsewhere,

TABATHA MCCOY,

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, approximately 3 grams of a mixture and substance containing methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

(END OF TEXT. SIGNATURE PAGE ATTACHED)